# In the United States Court of Federal Claims

No. 03-1538
(Filed: September 25, 2003)

| | |
|---|---|
| ************************************ | |
| | * |
| **ADNAN AWAD and** | * |
| **LYNN AWAD,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

Counsel for both parties were previously informed via a letter from the Court's Systems Office that this case was going to be converted to electronic case filing (ECF) on September 8, 2003. Further, on August 18, 2003, the Court ordered counsel for Plaintiff and counsel for Defendant to "act forthwith to be registered and trained in preparation for the September 8, 2003, deadline."

Therefore, counsel for Plaintiff is hereby ORDERED to show cause why he has failed to comply with a direct, explicit order of this Court. Plaintiff's counsel is further ORDERED to register his email address with the Clerk of Court and to obtain training in use of the ECF system. Plaintiff's counsel shall comply with all of these orders and file its pleading **by ECF** no later than October 9, 2003.

Counsel for Defendant is hereby ORDERED to show cause why he has failed to comply with a direct, explicit order of this Court. Defendant's counsel is further ORDERED to register his email address with the Clerk of Court and to obtain training in use of the ECF system. Defendant's counsel shall comply with all of these orders and file its pleading **by ECF** no later than October 9, 2003. Furthermore, said pleading shall be certified by the supervising attorney for Defendant's counsel.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge