IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD and, | ) | |
| LYNN AWAD, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1538C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

In an order dated September 25, 2003, the Court ordered counsel for the United States to show cause why he failed to comply with the Court's order that he "act forthwith to be registered and trained [in the Court's electronic case filing ("ECF") system] in preparation for the September 8, 2003, deadline" for the conversion of this case to the ECF system.

Defendant's counsel is in compliance with the Court's order. Defendant's counsel had previously received the requisite training, and was provided by the clerk's office with his ECF login identification and password by an electronic mail message dated March 11, 2003.[1]

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

[1] The only pleading defendant's counsel has filed in this case prior to this response is the Notice of Appearance, dated August 1, 2003, which predates the order converting this case to ECF. Defendant's counsel will file this and all subsequent pleadings in this case electronically.

JAMES M. KINSELLA
Deputy Director

s/ Gerald M. Alexander

GERALD M. ALEXANDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

Attorneys for Defendant

October 3, 2003