IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD | ) | |
| | ) | |
| VS. | ) | No. 03-1538C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES | ) | |

---

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

---

COMES NOW Plaintiff, Adnan Awad, by and through counsel, and for his response to the Court's Order to show cause, states as follows:

1. Plaintiff's counsel admits that he received the order dated August 18, 2003 directing counsel to be registered and trained in preparation for the September 8, 2003 conversion deadline.

2. Prior to the September 8, 2003 deadline, Plaintiff had a deadline of September 4, 2003 to file his Amended Complaint. Plaintiff filed his Amended Complaint on that date and no other pleading has been required until this response.

3. With regard to the conversion deadline, the Court's August 18, 2003 stated that "[a]fter [September 8, 2003], . . . the Court will not accept the hard-copy filing of any document in this matter." Plaintiff's counsel interpreted this language to require registration and training prior to the filing of any pleading. Since no pleading was expected for the immediate future, Plaintiff's counsel erroneously assumed that he had additional time to become familiar with the ECF system. Plaintiff's counsel does not regularly practice before the United States Court of Federal Claims and does not practice in any court that uses the ECF system. Consequently, Plaintiff's counsel did not fully appreciate the import of the conversion deadline and the Court's order.

4. Plaintiff's counsel has now completed his registration and training for the ECF system and is prepared to receive and file pleadings electronically in this case.

WHEREFORE, Plaintiff prays that the Court find good cause for the failure of his counsel to register and train for the ECF system prior to September 8, 2003, as counsel did not intentionally ignore the order of this Court and is now prepared to file all pleadings by ECF.

RESPECTFULLY SUBMITTED, this the ___ day of October, 2003.

Phelps Dunbar, L.L.P.

By: s/ William M. Beasley____________

William M. Beasley MSB # 2285
One Mississippi Plaza, Seventh Floor
Post Office Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873

**COUNSEL FOR PLAINTIFF**