# In the United States Court of Federal Claims

No. 03-1538
(Filed: November 19, 2003)

***********************************
*
**ADNAN AWAD and** *
**LYNN AWAD,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

Defendant filed a memorandum of intent to file a motion to dismiss on October 31, 2003, pursuant to ¶ 6(a)(i) of the Court's Standard Special Procedures Order, dated September 15, 2003. Plaintiff was permitted to file a response to Defendant's memorandum within 14 days (by November 14, 2003), as provided by Rules of the United States Court of Federal Claims (RCFC) 7.1(a) and ¶ 6(a)(i) of the Standard Special Procedures Order. Plaintiff has failed to file such a response.

Defendant is therefore ORDERED to file its proposed motion to dismiss by December 17, 2003. The response and reply will follow according to the Rules of the United States Court of Federal Claims.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge