IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD | ) | |
| | ) | |
| VS. | ) | No. 03-1538C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME**

COMES NOW Plaintiff, Adnan Awad, by and through counsel, and for his Unopposed Motion to Extend Time pursuant to Rule 6.1, states as follows:

1. On November 19, 2003, the Court entered an order directing Defendant to file its proposed motion to dismiss by December 17, 2003.

2. Defendant filed its motion to dismiss on December 15, 2003, and Plaintiff's response is due by January 15, 2004.

3. On December 18, 2003, one of Plaintiff's counsel, who is not lead counsel, but who has been responsible for the briefing on appeal to the Federal Circuit Court of Appeals and the pleadings filed in this Court, underwent reconstructive knee surgery. As a result, Plaintiff's counsel was out of the office for an extended period of time and has just returned on a part-time basis. While Plaintiff's counsel has been reviewing the authorities cited by Plaintiff, additional time is necessary to complete the necessary legal research and to prepare an appropriate response to Defendant's motion. Accordingly, Plaintiff requests an additional thirty-two (32) days from January 15, 2004, or up and until February 16, 2004, in which to file his response. The time to respond to Defendant's Motion to Dismiss has not been previously enlarged.

4. Counsel for Plaintiff has discussed this motion with counsel for Defendant who has stated that there is no objection to this request and no opposition will be filed.

WHEREFORE, Plaintiff requests that the Court grant this Unopposed Motion to Extend Time and enter an order extending the time for filing Plaintiff's response to Defendant's Motion to Dismiss to February 16, 2004.

RESPECTFULLY SUBMITTED, this the 14th day of January, 2004.

**PHELPS DUNBAR, L.L.P.**

By: s/ William M. Beasley

William M. Beasley MSB # 2285
One Mississippi Plaza, Seventh Floor
Post Office Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873

**COUNSEL FOR PLAINTIFF**