# In the United States Court of Federal Claims

No. 03-1538
(Filed: January 15, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **ADNAN AWAD and** | * |
| **LYNN AWAD,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Plaintiff's Unopposed Motion to Extend Time, filed January 14, 2004, is hereby GRANTED.

Plaintiff is therefore ORDERED to file its response to Defendant's motion to dismiss on or before February 17, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge