IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD | ) | |
| | ) | |
| VS. | ) | No. 03-1538C |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES | ) | |

**PLAINTIFF'S SECOND MOTION TO EXTEND TIME**

COMES NOW Plaintiff, Adnan Awad, by and through counsel, and for his Motion to Extend Time pursuant to Rule 6.1, states as follows:

1. Plaintiff previously filed a motion to extend time to respond to Defendant's Motion to Dismiss, which was unopposed, on January 14, 2004. The Court granted Plaintiff's Motion and allowed up and until February 17, 2004 in which to file Plaintiff's response.

2. Plaintiff has completed his response on February 17, 2004; however, his counsel completed the response after normal office hours and has experienced difficulty in filing the response electronically in the proper format.

3. Accordingly, Plaintiff seeks an extension of time for one additional day in order to prepare the response for electronic filing.

4. Counsel for Plaintiff has filed this motion at a late hour and will not be able to discuss this motion with counsel for Defendant until February 18, 2004. However, counsel does not anticipate any objection. Counsel will promptly notify the Court of Defendant's position on February 18, 2004.

WHEREFORE, Plaintiff requests that the Court grant this Unopposed Motion to Extend Time and enter an order extending the time for filing Plaintiff's response to Defendant's Motion to Dismiss to February 18, 2004.

RESPECTFULLY SUBMITTED, this the 17th day of February, 2004.

**PHELPS DUNBAR, L.L.P.**

By: s/ William M. Beasley
William M. Beasley MSB # 2285
One Mississippi Plaza, Seventh Floor
Post Office Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873

**COUNSEL FOR PLAINTIFF**