# In the United States Court of Federal Claims

No. 03-1538
(Filed: February 20, 2004)

************************************
*
**ADNAN AWAD and** *
**LYNN AWAD,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

In an Order dated January 15, 2004, the Court granted Plaintiff's Unopposed Motion to Extend Time and ordered Plaintiff to file his response to Defendant's motion to dismiss on or before February 17, 2004. Plaintiff filed his Second Motion to Extend Time to file his response to Defendant's motion to dismiss on February 18, 2004. Since this motion was filed after the response to Defendant's motion to dismiss was due, the Court is treating Plaintiff's Second Motion to Extend Time as a motion for leave to file out of time. The Court hereby GRANTS said motion.

On February 18, 2004, Plaintiff also filed his response to Defendant's motion to dismiss. However, Plaintiff filed his response while his motion for leave was pending, which is not permitted when using the case management/electronic case filing system (CM/ECF). Although the Court will accept Plaintiff's motion to dismiss, Plaintiff is ORDERED to comply with this and other CM/ECF requirements in the future.

As a result, the Court ORDERS the Clerk to accept Plaintiff's Response to Defendant's Motion to Dismiss and to change the docket sheet to reflect that filing occurred today, February 20, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge