IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1538C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 23-day enlargement of time, to and including March 26, 2004, within which it may file its reply to plaintiff's response to our motion to dismiss. Our reply is currently due on March 3, 2004. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has informed counsel for the United States that plaintiff does not oppose this motion.

Defendant's counsel will be unable to meet the current due date, because defendant's counsel will be required to devote his time to several pressing matters, including the preparation of a formal brief in Bender GmbH v. Army, No. 04-1056 (Fed. Cir.); the preparation of a formal brief in White v. Air Force, No. 04-3045 (Fed. Cir.); and the preparation of an answer in FSEC Corporation v. United States, No. 03-2152C (Fed. Cl.). In addition, defendant's counsel will be required to travel to New York for the entire week of March 8, 2004, to conduct complex

settlement negotiations in RLI Insurance v. United States, No. 01-172C (Fed. Cl.). Accordingly, the requested enlargement of time is necessary to allow defendant's counsel to prepare a thorough brief, and to obtain supervisory review.

For these reasons, we respectfully request that the Court grant our motion for a 23-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

JAMES M. KINSELLA
Deputy Director

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

February 24, 2004

Attorneys for Defendant