# In the United States Court of Federal Claims

No. 03-1538
(Filed: February 26, 2004)

***********************************
*
**ADNAN AWAD and** *
**LYNN AWAD,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

Defendant's Unopposed Motion for an Enlargement of Time, filed February 24, 2004, is hereby GRANTED.

Defendant is therefore ORDERED to file its reply to Plaintiff's response to its motion to dismiss on or before March 26, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge