IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADNAN AWAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1538C |
| | ) | Chief Judge Damich |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 28-day enlargement of time, to and including April 23, 2004, within which it may file its reply to plaintiff's response to our motion to dismiss. Our reply is currently due on March 26, 2004. This is our second request for an enlargement of time for this purpose, the Court having previously granted our request for a 23-day enlargement. Counsel for plaintiff has informed counsel for the United States that plaintiff does not oppose this motion.

Since the Court granted our previous motion for enlargement of time, defendant's counsel's wife has contracted a severe and debilitating illness. As a result of his wife's complete inability to care for herself or his infant son, for whom she is normally the primary caregiver, defendant's counsel has been required to take an extended period of leave from duty to attend to the needs of his wife and child. Moreover, because of the severity of his wife's illness, it is uncertain when defendant's

counsel will be able to return to duty on a full time basis. In addition, defendant's counsel is scheduled to conduct a trial in Gentex Corporation v. United States, No. 03-728C (Fed. Cl.), on April 8, 2004, and to present oral argument in Ahrens v. United States, No. 02-115C (Fed. Cl.), on April 14, 2004. Accordingly, the requested enlargement of time is necessary to allow defendant's counsel to prepare a thorough brief, and to obtain supervisory review.[1]

For these reasons, we respectfully request that the Court grant our motion for a 28-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/James M. Kinsella

JAMES M. KINSELLA
Deputy Director

[1] Defendant's counsel is aware of the fact that, pursuant to paragraph 4(a) of the Court's Standard Special Procedures Order, this request for enlargement of time is untimely. However, due to the extraordinary circumstances described above, defendant's counsel was unable to file this motion in a timely fashion.

s/Gerald M. Alexander

GERALD M. ALEXANDER
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0361
Fax: (202) 514-7965

March 22, 2004

Attorneys for Defendant