# In the United States Court of Federal Claims

No. 03-1538
(Filed: March 23, 2004)

| | |
|---|---|
| *********************************** | |
| | * |
| **ADNAN AWAD and** | * |
| **LYNN AWAD,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

## ORDER

Defendant filed its second Unopposed Motion for an Enlargement of Time on March 22, 2004. Because of the extraordinary nature of Defendant's need for an extension, that motion is hereby GRANTED.

Defendant is therefore ORDERED to file its reply to Plaintiff's response to its motion to dismiss on or before April 23, 2004.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge