# In the United States Court of Federal Claims

**No. 03-1538 C**

**ADNAN AWAD AND LYNN AWAD,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed July 9, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**July 20, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.